Argued March 19, 1975. *R. Michael Owens,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

## Williams et al. *v.* United National Insurance Company, Appellant.

orders by HIRSH, J. Argued March 17, 1975. *Richard S. March,* with him *Galfand, Berger, Senesky, Lurie & March,* for appellant; *Arnold H. Winicov,* with him *Yaskin and Winicov,* for appellees.

Order in both appeals affirmed.

June 5, 1975.

## Ald, Inc. *v.* Vlahovski, Appellant.

order by MUNSON, J. Argued April 14, 1975. *William E. Duffield,* for appellant; *Charles C. Arensberg,* with him *Bernard T. John,* and *Tucker, Arensberg & Ferguson,* and *Ray, Buck, Margolis, Mahoney & John,* for appellee.

Order affirmed.

## Beyerl, Appellant, *v.* Hampton Township.

order by MCGREGOR, J.